IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01969-WJM

MICHAEL R. O'CONNOR,

    Applicant,

v.

ANGEL MEDINA, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

SECOND ORDER FOR STATE COURT RECORD

---

On October 19, 2010, this Court directed the Clerk of the Court for the District Court of Adams County, Colorado, to forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in *People v. Michael Rogileo O'Conner*, Adams County Court Case No. 01CR2949, on or before November 15, 2010. As of the date of this Order, no records have been received by the Clerk of the Court for the United States District Court for the District of Colorado.

Accordingly, IT IS ORDERED:

(1)    Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Michael Rogileo O'Conner*, Adams County Court Case No. 01CR2949, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but

excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

      (2)    The Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at the following addresses:

>Clerk of the Court
>Adams County Justice Center
>1100 Judicial Center Dr.
>Brighton, CO 80601
>
>Court Services Manager
>State Court Administrator's Office
>101 W. Colfax, Suite 500
>Denver, Colorado  80202

DATED March 29, 2011, at Denver, Colorado.

>BY THE COURT:
>
>s/ Boyd N. Boland
>United States Magistrate Judge