IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01969-WJM-KLM

MICHAEL R. O'CONNOR,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO, and
ANGEL MEDINA, Warden, Limon Correctional Facility,

    Respondents.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Request for Return of Record to Original Jurisdiction (Adams County District Court)** [Docket No. 74; Filed May 10, 2013] (the "Request"). Pursuant to this Court's Order [#62], on or about December 13, 2011 the Court received a copy of state court records from Adams County District Court [#65]. The Court never maintained custody of any original state court records relating to this matter.

    IT IS HEREBY **ORDERED** that the Request is **DENIED**.

    Dated: May 17, 2013